164 So. 912

### C. S. TOMPKINS et al. v. STATE ex rel. Orpah M. HALL et al.
### I Div. 887.

Supreme Court of Alabama.
Nov. 14, 1935.

J. B. Blackburn, of Bay Minette, for appellants.

700

Hybart & Chason, of Bay Minette, for appellees.

PER CURIAM.
Appeal dismissed by appellant.